# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ASHLEY MILLER,** <br><br> **Defendant.** | 17-po-5141-JTJ <br><br> **VIOLATION:** <br> **6564138** <br><br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6564138 is DISMISSED.

DATED this 6th day of November, 2017.

_____
John Johnston
United States Magistrate Judge